Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

07 DEC -4 AM 11:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

## SOUTHERN DISTRICT OF CALIFORNIA

BYEONGYUL LIM, an individual;

vs

ASSET & CAPITAL MANAGEMENT GROUP, a corporation; and DOES 1 through 10 inclusive,

## SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2273 W (RBB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA 91914 Phone: 619-656-6656; Fax: 775-898-5471

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

DEC 04 2007

DATE

J. PARIS

SEAL

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)