Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
Jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff Byeongyul Lim

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYEONGYUL LIM, an individual;<br><br>Plaintiff<br>v.<br><br>ASSET & CAPITAL MANAGEMENT GROUP, a corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Civil Case No.: 07CV2273 W (RBB)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT ASSET & CAPITAL MANAGEMENT GROUP** |

On December 18, 2007 Defendant Asset & Capital Management Group was served with the summons and complaint by Wendy Duffield by personal delivery upon Thai Han, an agent for service. On December 20, 2007 the summons and complaint was mailed first class U.S. mail. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Dated 1/7/08

/S/ Jeremy S. Golden
Jeremy S. Golden, Attorney for Plaintiff