JOHN B. MARSHALL, ESQ., SBN 045601
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Telecopier: (818) 981-4764

Attorneys for Defendant ASSET & CAPITAL MANAGEMENT GROUP

Law Offices
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
A LAW CORPORATION

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYEONGYUL LIM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET & CAPITAL MANAGEMENT GROUP, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO: 07CV2273**<br><br>**STIPULATION AND JOINT MOTION FOR DISMISSAL OF ACTION; ORDER RE DISMISSAL OF ACTION** |

Plaintiff BYEONGYUL LIM and DEFENDANT ASSET & CAPITAL MANAGEMENT GROUP, by and through their counsel of record, hereby stipulate and move the Court as follows:

Plaintiff and Defendant agreed to settle the within Action by stipulation on the record at the Early Neutral Evaluation Conference on February 22, 2008. Pursuant to such stipulation, Plaintiff and Defendant then entered into a written Settlement Agreement and Mutual Release of Claims (the "Settlement Agreement"). Plaintiff and Defendant have performed the executory provisions of the said stipulation and Settlement Agreement.

ACCORDINGLY, Plaintiff and Defendant jointly move that the Court dismiss this entire Action, with prejudice.



[THIS DOCUMENT PRINTED ON RECYCLED PAPER]

IN WITNESS WHEREOF, Plaintiff and Defendant, through their respective counsel of record, have executed this Joint Motion on the date set forth below.

**DATED:** 3/7, 2008

**LAW OFFICES OF ERIC F. FAGAN**

**By** ______________________
**JEREMY S. GOLDEN**
**Attorneys for Byeongyul Lim**

**DATED:** March 6, 2008

**LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN**

**By:** ______________________
**JOHN B. MARSHALL**
**Attorneys for Asset & Capital Management Group**

*Law Offices*
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN
A LAW CORPORATION



[THIS DOCUMENT PRINTED ON RECYCLED PAPER]

## ORDER RE DISMISSAL OF ACTION

The Court, having reviewed the foregoing Stipulation and Joint Motion, and being satisfied therewith, hereby orders as follows:

The within Action is hereby dismissed, with prejudice. Each party shall bear his or its own costs.

Dated: ______________________, 2008

______________________________
UNITED STATES DISTRICT JUDGE

Law Offices
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
A LAW CORPORATION

[THIS DOCUMENT PRINTED ON RECYCLED PAPER]