FILED
08 MAR 10 PM 3:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

BYEONGYUL LIM,

Plaintiff,

v.

ASSET & CAPITAL MANAGEMENT GROUP, a corporation; et al.,

Defendants.

CASE NO: 07-CV-2273 W (RBB)

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 7]**

On March 10, 2008, the parties filed a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the parties' motion (Doc. No. 7) and **DISMISSES** this case with prejudice. The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATE: March 10, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California