# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LIM v. ASSET & CAPITAL MANAGEMENT — Case No. 07cv2273 W(RBB)

**Time Spent:** _____

HON. RUBEN B. BROOKS — CT. DEPUTY VICKY LEE — Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Jeremy Golden | John Marshall |
| Eric Fagan | |

PROCEEDINGS: _____ In Chambers ____ In Court ____ Telephonic

The settlement disposition conference on March 21, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on March 10, 2008.

DATE: March 10, 2008

IT IS SO ORDERED: [signature]

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Whelan
All Parties of Record

INITIALS: VL (mg/irc) Deputy